March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

DAMIEN MATTHEWS,
                Defendant(s).

---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 430 ( ) ( )    (MKV)

Defendant ___Damien Matthews_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

_x__   Initial Appearance/Appointment of Counsel

_x__   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

_x__   Bail/Revocation/Detention Hearing

_x__   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence

_AW pp Damien Matthews_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Ariel Werner_____
Defense Counsel's Signature

_Damien Matthews_____
Print Defendant's Name

_Ariel Werner_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

___September 1, 2020_____
        Date

_____
JAMES L. COTT
United States Magistrate Judge