March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Damien Matthews  ,

                Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 430 (MKV) (__)

Defendant __Damien Matthews_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

_X_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
*AW pp Damien Matthews*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Damien Matthews**
_____
Print Defendant's Name

_____
*Ariel Werner*
Defense Counsel's Signature

**Ariel Werner**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_____9/14/2020_____
Date

_____
*Mary Kay Vyskocil*
U.S. District Judge/U.S. Magistrate Judge