UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         -against-<br><br>DAMIEN MATTHEWS,<br><br>                    Defendant. | 1:20-cr-430-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The Court will hold a status conference in this case on Wednesday, November 4, 2020 at 10am. All parties are instructed to call 888 278-0296 and use access code 5195844. The Court will join once all parties are on the line.

**SO ORDERED.**

**Date: October 19, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**