

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021

December 24, 2020

**By ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Damien Matthews*, 20 Cr. 430 (MKV)

Dear Judge Vyskocil:

    The parties respectfully submit this letter regarding the defendant's motion to dismiss (dkt. 25-26) the indictment in the above-captioned case, in order to set a schedule for further briefing.

    The parties jointly propose that the Government file its response to the defendant's motion by January 20, 2021, and that the defendant file any reply to the Government's response by February 3, 2021.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney for the
    Southern District of New York

By:   /s/_____
    Kaylan E. Lasky
    Assistant United States Attorney
    (212) 637-2315

cc:  Ariel Werner, Esq.

---

GRANTED. The Parties should brief Defendant's motion to dismiss the indictment on the schedule set out herein. SO ORDERED

Date: 1/5/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge