UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -v-

DAMIEN MATTHEWS,
                    Defendant(s).
-------------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

20 -CR- 430 (MKV) (__)

Defendant __DAMIEN MATTHEWS_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

_X_ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Damien Matthews**
_____
Print Defendant's Name

_____
Defense Counsel's Signature

**Ariel Werner**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

___1/15/21_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge