

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2021
```

January 27, 2021

**BY ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Damien Matthews*, 20 Cr. 430 (MKV)

Dear Judge Vyskocil:

    With the consent of defense counsel, the Government respectfully seeks an adjournment of the deadline for its opposition to the defendant's motion to dismiss the indictment (dkt. 25-26), which is currently due by February 3, 2021, so that the parties may continue to discuss a potential pre-trial disposition in the above-captioned case. The Government respectfully proposes that its response to the defendant's motion shall be filed by February 10, 2021, and that the defendant's reply shall be filed by February 24, 2021.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney for the
    Southern District of New York

By:   /s/
    Kaylan E. Lasky
    Assistant United States Attorney
    (212) 637-2315

cc: Ariel Werner, Esq.

---

**Granted. SO ORDERED.**

Date: 1/28/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge