

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 19, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2021
```

**BY ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Damien Matthews*, 20 Cr. 430 (MKV)

Dear Judge Vyskocil:

    With the consent of defense counsel, the Government respectfully seeks a further adjournment of the deadline for its opposition to the defendant's motion to dismiss the indictment (dkt. 25-26), which is currently due by February 24, 2021, as the parties are continuing to engage in discussions regarding a potential pre-trial disposition in the above-captioned case. The Government respectfully proposes that its response to the defendant's motion shall be filed by March 5, 2021, and that the defendant's reply shall be filed by March 19, 2021.

                                            Respectfully submitted,

                                            AUDREY STRAUSS
                                            United States Attorney for the
                                            Southern District of New York

                            By:   /s/
                                Kaylan E. Lasky
                                Assistant United States Attorney
                                (212) 637-2315

cc:  Ariel Werner, Esq.

---

**Granted. SO ORDERED.**

Date: 2/22/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge