```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAMIEN MATTHEWS,

Defendant.

1:20-cr-00430 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

By letter dated March 2, 2021 [ECF No. 46], the Parties requested that the Court schedule a change of plea hearing for Defendant Damien Matthews and withdraw the pending motion to dismiss [ECF No. 25]. The request is GRANTED.

The Court will hold a Change of Plea Hearing for the Defendant on March 17, 2021 at 11:00AM. The Hearing will be held by videoconference. The Parties will be provided with links to access the videoconference. The press and public may join the proceeding by telephone by dialing 855-268-7844, then entering access code 32091812, and then entering PIN 9921299.

In light of the scheduled hearing, Defendant's pending motion to dismiss the indictment is WITHDRAWN without prejudice to renewal if Mr. Matthews chooses not to change his plea or if the Court does not accept the plea.

This Order resolves the motions at ECF Nos. 25 and 46.

**SO ORDERED.**

**Date: March 16, 2021**
**New York, New York**

MARY KAY VYSKOCIL
United States District Judge