UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

DAMIEN MATTHEWS    ,
                        Defendant(s).
-------------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

20 -CR- 430 (MKV)

Defendant DAMIEN MATTHEWS hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

X Felony Plea

_AW pp Damien Matthews_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Damien Matthews**
Print Defendant's Name

_Ariel Werner_
Defense Counsel's Signature

**Ariel Werner**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

3/17/21
Date

_Mary Kay Vyskocil_
U.S. District Judge/U.S. Magistrate Judge