USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAMIEN MATTHEWS,

Defendant.

1:20-cr-00430 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

Defendant, with the consent of the Government, has moved to adjourn the sentencing proceeding scheduled for June 23, 2021 in this case. That request is GRANTED. Sentencing for Defendant Damien Matthews is adjourned to July 20, 2021 at 2:00PM. The proceeding will be held in person in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

Due to the Court's other obligations, the Court's standard schedule for sentencing submissions is altered as follows. Defendant's sentencing submissions must be submitted by June 29, 2021. The Government's sentencing submissions must be submitted by July 6, 2021.

**SO ORDERED.**

**Date:  May 21, 2021**
**New York, NY**

MARY KAY VYSKOCIL
**United States District Judge**