| | |
|---|---|
| UNITED STATES DICSTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 7/14/21 |

UNITED STATES OF AMERICA,

        -against-

DAMIEN MATTHEWS,

        Defendant.

1:20-cr-0430 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

        Sentencing for Damien Matthews is scheduled for 7/22/2021 at 9:00 AM before Judge Mary Kay Vyskocil. The peoceeding will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 18C.

**SO ORDERED.**

**Date: July 14, 2021**

*Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge