UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/21

---

UNITED STATES OF AMERICA,

               -against-

DAMIEN MATTHEWS,

               Defendant.

1:20-cr-0430 (MKV)

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge

    Sentencing for Damien Matthews scheduled for 7/22/2021 at 9:00 AM before Judge Mary Kay Vyskocil has been adjourned to 3 PM. The proceeding will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 18C.

    The Clerk of Court is respectfully directed to close the motion at ECF 61.

**SO ORDERED.**

**Date: July 16, 2021**

                                                    MARY KAY VYSKOCIL
                                                    United States District Judge